AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

United States of America
v.
KENNETH POWER

)
)
)
)
)
)
)

Case No. 8:21 cr 32 T 23 AAS

*Defendant*

**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KENNETH POWER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Advertise Visual Depictions of Minors Engaged in Sexually Explicit Conduct in violation of 18 U.S.C. § 2251 (d) and (e); AND Conspiracy to Distribute Visual Depictions of Minors Engaged in Sexually Explicit Conduct in violation of 18 U.S.C. § 2252(a)(2) and (b)(1)

**SEALED**

Date:  JAN 2 8 2021

_____
*Issuing officer's signature*

City and state:  Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/28/2021, and the person was arrested on *(date)* 01/29/2021 at *(city and state)* Fort Lauderdale |
| Date: 01/29/2021      _____ *Arresting officer's signature* |
|     Vanessa Jaide, SA *Printed name and title* |

COPY
For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE:  TAMPA, FL

RECEIVED U.S. MARSHAL
2021 JAN 28 AM 9:34
MIDDLE DIST. OF FLORIDA
TAMPA