UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-32-SDM-AAS

KENNETH POWER

### REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Karin Hoppmann, the Acting United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against Defendant Kenneth Power, in the above-captioned case, with prejudice, on the ground that the defendant is deceased. *See* Attachment A.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Kenneth Power in the above-captioned case, with prejudice, and direct the Clerk of Court to close the case as to said defendant.

        Respectfully submitted,

        Karin Hoppmann
        Acting United States Attorney

By:   */s/ Francis D. Murray*
        Francis D. Murray
        Assistant United States Attorney
        Florida Bar No. 0108567
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Francis.Murray2@usa.doj.gov