# ATTACHMENT A

 

## STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

### BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021051752        **DATE ISSUED:** MAY 12, 2021

**DECEDENT INFORMATION**        **DATE FILED:** MARCH 16, 2021

NAME: KENNETH  R  POWER

DATE OF DEATH: MARCH 10, 2021        SEX: MALE        AGE: 058 YEARS
DATE OF BIRTH: OCTOBER 22, 1962        SSN: ***-**-4581
BIRTHPLACE: HOLLYWOOD, FLORIDA, UNITED STATES
PLACE WHERE DEATH OCCURRED:        PRISON
FACILITY NAME OR STREET ADDRESS: 33 NE 4TH ST
LOCATION OF DEATH: MIAMI, MIAMI-DADE COUNTY, 33132

RESIDENCE:   1425 LANTANA DRIVE, WESTON, FLORIDA  33326, UNITED STATES
COUNTY: BROWARD
OCCUPATION, INDUSTRY:   MANAGER, RESTAURANT
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED    EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN?  NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME:   TATIANA  MORAU
FATHER'S/PARENT'S NAME:     VINCENT  POWER
MOTHER'S/PARENT'S NAME:     GLORIA  ROMANO

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME:     TATIANA  POWER
RELATIONSHIP TO DECEDENT:    WIFE
INFORMANT'S ADDRESS:  1425 LANTANA DRIVE, WESTON, FLORIDA  33326, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER:  G DAVID D. LOWERY, F043803
FUNERAL FACILITY:   BOYD-PANCIERA FAMILY FUNERAL CARE- UNIVERSITY F054858
   1600 N UNIVERSITY DR, PEMBROKE PINES, FLORIDA  33024
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION:   MENORAH GARDENS
   FORT LAUDERDALE, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: ASSOCIATE MEDICAL EXAMINER     MEDICAL EXAMINER CASE NUMBER: 211100859
TIME OF DEATH (24 HOUR):  0710        DATE CERTIFIED: MARCH 16, 2021
CERTIFIER'S NAME:   DAVID FINTAN GARAVAN
CERTIFIER'S LICENSE NUMBER:   ME124500
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER):   NOT ENTERED

The first five digits of the decedent's Social Security Number has been redacted pursuant to §119.071(5), Florida Statutes.

*[signature: Ken Jones]*,  STATE REGISTRAR

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

REQ:   2022704395

DH FORM 1946 (03-13)

*4 2 6 8 7 0 6 3*

CERTIFICATION OF VITAL RECORD        Florida HEALTH

